UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, DIVISION

FILED
FEB 1 4 2014

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| EX PARTE | § | |
| ROBERT JAMES FOX | § | 4:13-CV-0188 |
| | § | |

## NEW FACTS AS OF FEBRUARY 6, 2014; REQUIREMENT TO AMEND PETITION; BY AFFIDAVIT OF ROBERT JAMES FOX
### FACTS

STATE OF TEXAS
HARRIS COUNTY

I, Robert James Fox, a sui juris Spiritual Being created in the image of, and by the Great Creator, upon the land. I am a follower of Yahshua the Messiah in the laws of the Almighty Supreme Creator, Yahvah, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3-4). Pursuant to Matthew 5:33-37 and James 5:12 let my yea be yea and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your Briscoe v. Lahue, 460 U.S. 325.

I hereby make my offer of proof that the dismissal order is tainted by elements of fraudulent government records. Furthermore, I am being denied humanitarian relief while suffering deprivation of rights provided for by the United States / United Nations Treaty, The International Covenant On Civil And Political Rights. Under the circumstances of hospitalizations, intense pain, congestive heart failure, and other health challenges, plus other serious impairments imposed against my litigation by force of arms, as in violation of 18 USC 2421/242, plus Felony Breach of Fiduciary Duty / Felony Breach of Oath, I have been unable to amend my petition as quickly as I wanted to after the new facts of February 6, 2014 (Note: I have winning cases published both State and Federal, plus was cited in the United States Code Annotated until Congress changed the law).

## RELIEF AND REMEDY

In order that the truth may be ascertained and proceedings justly determined, there can be no harm in temporarily setting aside the dismissal of my petition, to provide time for an amended petition covering the issues raised in the dismissal order, and on the other hand, given my physical condition, there may be irreparable harm if relief is withheld.

## CAVEAT

) **"If you are determined to execute a man in any case, there is no occasion for a trial; the world yields no respect to courts that are merely organized to convict."**
**Robert H. Jackson, United States Prosecutor at Nuremberg**

) "An avidity to punish is always dangerous to liberty.  It leads men to stretch, to misinterpret, and to misapply even the best of laws.  He that would make his own liberty secure must guard even his enemy from oppression; for if he violates this duty he establishes a precedent that will reach to himself."  Thomas Paine

)     CONSIDER WITH EXTREME CAUTION THE WORD OF OUR HEAVENLY FATHER SINCE THERE IS NO ESCAPE WHATSOEVER FROM HIS LAW AND JUDGMENT:

) "When the righteous are in authority, the people rejoice; but when the wicked beareth rule, the people mourn."  Proverbs 29:2

)     "Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law?"  Psalm 94:20

)     "And said to the judges, Take heed what ye do:  for ye judge not for man, but for Yahvah who is with you in the judgment.  Wherefore now let the fear of Yahvah be upon you, take heed and do it:  for there is no iniquity with Yahvah our Eloheim, nor respect of persons, nor taking of gifts."  II Chronicles 19:6 & 7.

I am not an expert in the law, however I do know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counter affidavit, proving with particularity by stating all requisite actual evidentiary fact and law, that this Affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of his son Yahshua be done on Earth as it is in Heaven.

Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.

## Verification
In the Nature of 28 U.S.C. 1746(1)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Signed on this the twelfth day of the second month in the year of our Lord and savior, two thousand fourteen.
At arm's length,

*Robert James Fox*

Robert James Fox, unrepresented agent  A91 619 283
a missionary in a Matthew 25 mission:
c/o Houston Processing Center
15850 Export Plaza Drive
Houston, Texas 77032

Robert Fox A91 619 283
1850 Export Plaza
Houston, Texas 77032

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
FEB 14 2014
David J. Bradley, Clerk of Court

Clerk of Court
P.O. Box 610
Houston, Texas 77208