UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

FEB 18 2014

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON, DIVISION

EX PARTE                         §
ROBERT JAMES FOX                 §      4:13-CV-0188
                                 §
                                 §

## NOTICE OF SCHEME
## IN THE NATURE OF 18 USC 241 CONSPIRACY
## BY AFFIDAVIT OF ROBERT JAMES FOX
## FACTS

STATE OF TEXAS
HARRIS COUNTY

I, Robert James Fox, am a sui juris Spiritual Being created in the image of, and by the Great Creator, upon the land. I am a follower of Yahshua the Messiah in the laws of the Almighty Supreme Creator, Yahvah, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3-4). Pursuant to Matthew 5:33-37 and James 5:12 let my yea be yea and my nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. I have personal knowledge of the matters stated herein, am over the age of majority, and hereby asseverate understanding the liabilities presented in your Briscoe v. Lahue, 460 U.S. 325.

**I hereby make my offer of proof that up to now this court has been deceived by the fraudulent government records used by evil miscreants to create an artifice in support of their sophistry regarding the criminal cover up of their 18 USC 241 conspiracy (See Exhibit A – LWAWLESS RACKETEERS), specifically to deprive an alien of rights contrary to 18 USC 242, utilizing a blatantly fabricated issue of 'vexatious litigant'.**

**"There is no crueler tyranny than that which is perpetrated under the shield of law and in the name of justice."**
Charles-Louis De Secondat (1689-1755) Baron de Montesquieu
Source: The Spirit of the Laws, 1748

As a matter of record it is abundantly clear from my own sui generis case that 'Government Law Enforcement' is in fact the vexatious litigant that needs to be barred from filing frivolous litigation, as verified by my victory in <u>U.S. v. Fox</u>, 766 F.Supp. 569 which declares the charge is "inconceivable", AFTER I was brutalized seven times, with paramedics being called twice, and TORTURED for 238 days!!!!! Federal Judge Jerry Buchmeyer (an interloper – not the judge in the case) signed the ORDER (filed in a miscellaneous file, as opposed to the case in chief) to have me mentally evaluated (TERRORIZED AT THE FEDERAL TORTURE FACILITY, SPRINGFIELD, MISSOURI) ) on the basis that I did not understand the 'oath issue', when in fact it was Jerry Buchmeyer who was delusional, as verified by his utter lack of comprehension of fundamental principles of law, clearly elucidated upon in <u>Ferguson v. C.I.R.</u>, 921 F2d 588 (Fifth Cir, 1991). Indeed, in a later event in Jerry Buchmeyer's court, as I sat on the witness stand, despite my objections citing Gordon v. Idaho and Ferguson v. C.I.R., Jerry Buchmeyer informed me that he knew the law and he was not going to allow me to testify!!! The United States Attorney had to apologize before the Fifth Circuit for the event. Yes, I sued Jerry Buchmeyer for filing fraudulent documentation in order to send me to Springfield, however DUE PROCESS WAS DENIED BY FORCE OF ARMS AND I WAS 'ARRESTED TO BE SO SAVAGELY BRUTALIZED THAT MY BACK WAS BROKEN, LEAVING ME PARALYZED FOR A TIME (Prayer and Fasting, water only, for 44 days after a relapse enabled me to walk again).

The City of Garland PRETEND Police Department 'Arrested' me SIX TIMES BUT NEVER BROUGHT ME TO TRIAL, SO WHEN I SUED THEM THEY MOVED TO HAVE ME DECLARED A VEXATIOUS LITIGANT, AND JERRY BUCHMEYER, INSTEAD OF RECUSING HIMSELF FOR CONFLICT OF INTEREST, SIGNED THE ORDER!!!!!

Later, Dallas Police picked up Chief Justice of the Northern District of Texas, Jerry Buchmeyer, wandering around his neighborhood at 6 am wearing nothing but a t-shirt (a man familiar with this type of behavior declared that it is PCP that will cause the shedding of clothes and inhibitions), so they took him to Parkland Hospital.
**Subsequently he was immediately retired.**

I am not an expert in the law, however I do know right from wrong. If there is any human being damaged by any statement herein, if he will inform me by facts I will sincerely make every effort to amend my ways. I hereby and herein reserve the right to amend and make amendment to this document as necessary in order that the truth may be ascertained and proceedings justly determined. If the parties given notice by means of this document have information that would controvert and overcome this Affidavit, please advise IN WRITTEN AFFIDAVIT FORM within thirty (30) days from receipt hereof providing me with your counter affidavit, proving with particularity by stating all requisite actual evidentiary fact and law, that this Affidavit statement is substantially and materially false sufficiently to change materially my status and factual declarations. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact as a matter of law. May the will of our Heavenly Father Yahvah, through the power and authority of the blood of his son Yahshua be done on Earth as it is in Heaven.

Reserving ALL Natural God-Given Unalienable Birthrights, Waiving None, Ever.

### Verification
In the Nature of 28 U.S.C. 1746(1)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Signed on this the thirteenth day of the second month in the year of our Lord and savior, two thousand fourteen.
At arm's length,

*Robert James Fox* (signature)

Robert James Fox, unrepresented agent A91 619 283
a missionary in a Matthew 25 mission:
c/o Houston Processing Center
15850 Export Plaza Drive
Houston, Texas 77032